IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALIYYUDDIN S. ABDULLAH** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **THE SMALL BUSINESS BANKING** | : | |
| **DEPARTMENT OF THE BANK OF AMERICA**, et al. | : | NO. 14-5394 |

## O R D E R

AND NOW, this 2nd day of October 2014, upon consideration of plaintiff's complaint and motion to proceed in forma pauperis, it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**


s/J. Curtis Joyner
**J. CURTIS JOYNER, J.**